# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRYANT JOSEPH MURRAY

NO. 2022 KW 0054

**FEBRUARY 25, 2022**

---

In Re:   Bryant Joseph Murray, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 489,952-3.

---

**BEFORE:   WHIPPLE, C.J., CHUTZ AND HESTER, JJ.**

**WRIT DENIED.**

**VGW**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT